# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ADAMS, on behalf of himself and other Oklahoma citizens similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>EAGLE ROAD OIL LLC,<br>CUMMINGS OIL COMPANY,<br>TERRITORY RESOURCES, LLC,<br>ENERVEST OPERATING, L.L.C.,<br>PETRO WARRIOR, L.L.C.,<br>PETROQUEST ENERGY, L.L.C., and<br>TRINITY OPERATING (USG) LLC,<br><br>   Defendants. | Case No. 18-CV-00568-GKF-FHM |

## JUDGMENT OF REMAND

Pursuant to the court's order dated July 23, 2019, the court remands this case to the District Court for Pawnee County, Oklahoma.

ENTERED this 23rd day of July, 2019.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE