## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JAMES ADAMS, on behalf of himself and other Oklahoma citizens similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE ROAD OIL LLC,<br>CUMMINGS OIL COMPANY,<br>TERRITORY RESOURCES, LLC,<br>ENERVEST OPERATING, L.L.C.,<br>PETRO WARRIOR, L.L.C.,<br>PETROQUEST ENERGY, L.L.C., and<br>TRINITY OPERATING (USG) LLC,<br><br>Defendants. | Case No. 18-CV-00568-GKF-FHM |

### ORDER

This matter comes before the court on the Notice Regarding Appeal [Doc. 107] of defendant Trinity Operating (USG), LLC. Having received notice that the Tenth Circuit Court of Appeals denied Trinity's Petition for Permission to Appeal, as well as Trinity's Motion to Reconsider Denial of Petition for Permission to Appeal, the court concludes this matter should be remanded to the District Court for Pawnee County, Oklahoma.

IT IS THEREFORE ORDERED that the Court Clerk is directed to administratively close this case in this court and remand this case to the District Court for Pawnee County, Oklahoma.

IT IS FURTHER ORDERED that the Court Clerk is directed to mail a copy of this Order to the Court Clerk of Pawnee County District Court.

DATED this 30th day of October, 2019.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE